# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

NOV 7 2022

FILED
Clerk of Court

(Full name of plaintiff)

Nathan Swiecichowski

v.

(Full name of defendant(s))

Brown County Sheriff's Department

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __3030 Curry Lane Green Bay, Wis 54311__
   (Address of prison or jail)

2. Defendant __Brown County Sheriff's Department__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at __3030 Curry Lane Green Bay, Wis 54311__
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for _____—_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   ~~Why they did it, if you know.~~ NTS

ON or about 1pm on September 25th, 2022, I was Serving my 24 hour Policy/Rule Violation ticket for spelling an officers name wrong by accident and First shift crew came and raided the pod. [See Incident # 22-0925-706 for more details on ticket]. 2 officers came to my cell where it opened and I stated "This is my legal work". I requested to be present while they searched it. They refused. I asked if I could then take it with me. They said that I have to put it on the table and leave the pod. I pointed at the camera and told them that you are violating my rights. While leaving out the Pod doors, I asked officer Pratt and the Brown County Sheriff (Female) to watch my legal stuff on the table. I didnt want to leave it out my sight because I'm Pro Se on a Case and last raid I ended up missing documents. [Reference Grievance 2022-005369 and appeal for incident]. NTS

Complaint – 2

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Education of Officers on proper law edicates so it doesn't happen to more inmates, Compensation, first oppertunity to buy for siezed property from Brown County Sheriff's Department before anyone else and/or Auctions, Law books and proper materials for Inmates, outside grievance system to be implimented. NTS

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___20___ day of __October__ 20_22_.

Respectfully Submitted,

_____ 1:57 pm
Signature of Plaintiff

\#
__930000001711__
Plaintiff's Prisoner ID Number

__3030 Curry lane__

__Green Bay, Wis 54311__
(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:22-cv-01322-LA   Filed 11/07/22   Page 4 of 4   Document 1